IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02067-CMA-MJW

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order (Docket No. 43) is GRANTED.  The Amended Scheduling Order as amended is approved and made an order of the court.  It is FURTHER ORDERED that the Final Pretrial Conference set for March 3, 2014 at 9:30 a.m. is VACATED.  The Final Pretrial Conference is RESET for April 24, 2014 at 9:00 a.m.

Date: October 10, 2013