IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02067-CMA-MJW

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave to Designate a Rebuttal Expert Out of Time in the Event the Court Denies Plaintiff's Motion to Exclude Defendant's Expert (docket no. 50) is DENIED. Nothing prevents Plaintiff from endorsing a rebuttal expert at this time. The court notes that the subject motion (docket no. 50) was filed on December 17, 2013, just one day before the deadline to endorse rebuttal experts. Accordingly, it is FURTHER ORDERED that Plaintiff shall be given an extension of time until December 31, 2013 to endorse a rebuttal expert.

Date: December 19, 2013