IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02067-CMA-MJW

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend the Scheduling Order (Docket No. 57) is GRANTED. The Scheduling Order (Docket No. 19) is amended to extend the discovery cut-off date to February 28, 2014.

Date: February 3, 2014