IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02067-CMA-MJW

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Amend the Scheduling Order (Docket No. 62) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED insofar as the Scheduling Order (Docket No. 19) is amended to extend the discovery cut-off date to April 11, 2014 and the dispositive motions deadline to April 25, 2014. Furthermore, the Final Pretrial Conference set for April 24, 2014 at 9:00 a.m. is VACATED. The Final Pretrial Conference is RESET for May 29, 2014 at 9:30 a.m. A proposed final pretrial order shall be filed by the parties on or before May 23, 2014.

The motion is DENIED WITHOUT PREJUDICE as to plaintiff's request to further extend the dispositive motions deadline in the event the court grants its Motion to Compel (Docket No. 61). The court will address plaintiff's request when it issues an order on the Motion to Compel.

Date: March 3, 2014