**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  12-cv-02067-CMA-MJW         FTR - Courtroom A-502

**Date:**   May 19, 2014                         Courtroom Deputy, Ellen E. Miller

   *Parties*                                     *Counsel*

AURORA BANK, FSB,                                D. Chandler Kelley

   Plaintiff(s),

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,             Enza G. Boderone  (by telephone)

   Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   MOTION   HEARING
**Court in Session:**    1:32 p.m.
Court calls case.  Appearances of counsel.

The Court raises plaintiff's Motion to Stay Litigation for argument.

Argument by Mr. Kelley on behalf of Plaintiff.
Argument by Ms. Boderone on behalf of Defendant.

**It is ORDERED:**       Plaintiff's MOTION TO STAY LITIGATION [Docket No. **72**, filed May 09, 2014]   is   **DENIED** for reasons as set forth on the record.

The Final Pretrial Conference remains set June 12, 2014 at 10:00 a.m.  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Hearing concluded.

**Court in recess:**    2:05 p.m.
Total In-Court Time 00: 33

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.