IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02067-CMA-MJW

AURORA COMMERCIAL CORP.,

Plaintiff,

v.

UNIVERSAL AMERICAN MORTGAGE COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that defendant's Unopposed Motion for Leave for Out of State Counsel to Appear Telephonically at the June 12, 2014 Final Pretrial Conference (Docket No. 78) is GRANTED. Defendant's out-of-state counsel are directed to call the court's chambers (303-844-2403) at the scheduled time.

Date: June 3, 2014